

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2022

No. 04-22-00753-CV

**IN RE JUNIPER VENTURES OF TEXAS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice[2]

On November 7, 2022, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than December 6, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 21, 2022.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CI17726, styled *Josefa Jara Delgadillo vs. Juniper Ventures of Texas, LLC d/b/a Fischer's Neighborhood Market #21*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.

[2] Justice Rodriguez did not participate in this order.